Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-485

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP2119-Le Coq

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 05, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091216

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-376

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** Cafe Rooster On White

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 14, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091207



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-793

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** JP1182_Le Rooster-B

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 07, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091213

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-374

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | American Rooster A |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Jean Ann Plout |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jean Ann Plout |
| | N5859 County Road T, Princeton, WI, 54968, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 12, 2024 |
| **Applicant's Tracking Number:** | JP2024091201 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-127

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 06, 2024

---

## Title

**Title of Work:** Country Time Rooster-C

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091210

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-421-580**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title

**Title of Work:** Vintage Rooster-B

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 19, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

● **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091236

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-806**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Garage Sign Collection-B |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 07, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •    **Author:** | Jean Ann Plout |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jean Ann Plout |
| | N5859 County Road T, Princeton, WI, 54968, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 12, 2024 |
| **Applicant's Tracking Number:** | JP2024091212 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-445

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Route 66 on Wood- JP3956 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | July 17, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Jean Ann Plout |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jean Ann Plout |
| | N5859 County Road T, Princeton, WI, 54968, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Centre, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 12, 2024 |
| **Applicant's Tracking Number:** | JP2024091233 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-663

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** JP3175-Beachy Christmas-Joy

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 19, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091222

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-099

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Trout-Chevron

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 09, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** JP2024101703

Page 1 of 2

